Marjorie Walden, also known as Marjorie Emrich, Appellant, v. Chelsea Hotel Company, Appellee.

Gen. No. 44,639.

opinion filed April 4, 1949; released for publication May 17, 1949. Rosenfield & Rosenfield, for appellant; Arthur A. Wolfinsohn, of counsel; Vogel & Bunge, for appellee; L. H. Vogel and Robert C. Vogel, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full.